UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 1

|  |  |
|---|---|
| Transvolt, Inc.<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>                    Defendant. | S U M M O N S<br><br>Court No. **25-877** |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Gina Justice
Clerk of the Court

## PROTEST

| Port(s) of Entry: | 2704 LA/Long Beach | Center (if known): | CEE 003 |
|---|---|---|---|
| Protest Number: | 270425173890 | Date Protest Filed: | November 18, 2025 |
| Importer: | Transvolt Inc | Date Protest Denied: | December 18, 2025 (deemed denied) |
| Category of Merchandise: | Golf Carts |  |  |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Detention Date | Exclusion Date | Entry Number | Detention Date | Exclusion Date |
|---|---|---|---|---|---|
| 065-07089172 | 10/3/2025 | 11/2/2025 | 065-07089719 | 10/1/2025 | 10/31/2025 |
| 065-07089180 | 10/3/2025 | 11/2/2025 | 065-07089818 | 10/10/2025 | 11/09/2025 |
| 065-07089701 | 10/1/2025 | 10/31/2025 | 065-07089867 | 10/10/2025 | 11/09/2025 |
| 065-07089875 | 10/20/2025 | 11/09/2025 |  |  |  |

John M. Peterson
NEVILLE PETERSON LLP
One Exchange Plaza at 55 Broadway
New York, NY 10006
212 635-2730
jpeterson@npwny.com

**CONTESTED ADMINISTRATIVE DECISION**

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | | |
|---|---|---|---|---|---|
| | Assessed | | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | | Rate |
| | | | | | |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Exclusion of merchandise from entry -- 19 USC 1514(a)(4)

The issue which was common to all such denied protests:
Whether the merchandise consists of golf cart which are not subject to Federal Motor Vehicle Safety Standard 50;
Whether the merchandise is the product of Vietnam

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ John M. Peterson
*Signature of Plaintiff's Attorney*

December 22, 2025
*Date*